David Henderson
Law Offices of David Henderson
P.O. Box 2441
Bethel, Alaska   99559
Phone:  907-543-7891
Fax:  907-543-1924

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GALEN SWAN,  )
    )
    Plaintiff,  )
    )
vs.  )     Case no. A 15 - _____Civil
    )
UNITED STATES OF AMERICA,  )
    )
    Defendant.  )
_____)

## COMPLAINT

COMES NOW Plaintiff Galen Swan and states as follows:

### Jurisdiction

1. At all times relevant hereto, Galen Swan was a resident of Kivalina, Alaska, in the District of Alaska.

2. This cause of action arises under the Federal Tort Claims Act 28 U.S.C. sec. 1346, 2401, and 2671 et seq.

3. At all times relevant hereto, Dr. Eric Torres-Semprit, Ruth Lagerberg, and Isabel Booth were employees or agents of the United States of America.

4. At all times relevant hereto, the Maniilaq Health Center was an agent of the United States of America.

5. Each of the employees and entities named above were acting within the scope of their employment and/or agency at the time of the events described herein.

6. More than six months ago, the claims set forth herein were presented to the United Stated Department of Health and Human Services, Public Health Services. Since that agency has failed to make a final disposition of the claim within that time period, plaintiff deems such failure to be a denial of his claim pursuant to 28 U.S.C. sec 2675.

7. Based on paragraphs 1-6 above, this court has jurisdiction over the claims asserted herein.

## I. Facts

8. On February 22, 2010, the Plaintiff was seen at the Maniilaq Health Center in Kotzebue, AK. He had problems with rectal bleeding and had a stool test which resulted in a positive fecal occult blood test. It was necessary to have a colonoscopy and the defendants, (doctors, hospital, staff, and nurses) never informed him of his blood test and need for a referral, despite the Plaintiff going back to the hospital numerous times over the next two and a half years.

9. On September 26, 2012, after finally being referred for a colonoscopy, he was found to have colon cancer, and underwent urgent surgery to remove part of his colon. He subsequently had to undergo extensive radiation treatment and chemotherapy because of the stage of the cancer. He now has neuropathy, bowel problems, erectile dysfunction, and an uncertain future from the cancer.

## II. Allegation of Negligence and Recklessness

10. Plaintiff incorporates the allegations set forth in Paragraph 1-9.

11. Agents and/or employees of the Maniilaq Health Center failed to exercise the degree of care ordinarily exercised under the circumstances by failing to follow up with his positive blood test, failing to schedule a colonoscopy, and failing to exercise due care in their treatment.

12. The negligent and reckless care and conduct of employees and/or agents of the Maniilaq Health Center was a direct and proximate cause of the plaintiffs' injuries.

WHEREFORE, plaintiff prays for relief as follows:

1. Past and future pain and suffering.
2. Past and future medical expenses.
3. Past and future lost earning capacity, including subsistence losses.

4. Any other relief courts deems just and proper.

DATED this 26th day of January, 2015, at Bethel, Alaska.

LAW OFFICES OF DAVID HENDERSON
Attorney for the Plaintiff

_____
David Henderson  #9806014

LAW OFFICES OF DAVID HENDERSON
P.O. Box 2441
Bethel, Alaska  99559
Phone: (90)7 543-7891
Fax: (907) 543-1924