BRYAN SCHRODER
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| GALEN SWAN, | ) | Case No. 3:15-cv-0012 JWS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES OF AMERICA | ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) | |

The United States, through counsel, notifies the Court that the parties have reached a settlement of the claims in this action. A stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings, which is expected to take up to 90 days.

RESPECTFULLY SUBMITTED this 5th day of April, 2017, in Anchorage, Alaska.

                                                 BRYAN SCHRODER
                                                 Acting United States Attorney

                                               s/Susan J. Lindquist
                                               Assistant U.S. Attorney
                                               Attorney for Defendant

**CERTIFICATE OF SERVICE**
I hereby certify that on April 5, 2017,
a copy of the foregoing
was served via electronic service on:

David Henderson, Esq.


s/Susan J. Lindquist

*Galen Swan v U.S.*                2
3:15-cv-0012 JWS