BRYAN SCHRODER
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| GALEN SWAN, | ) | Case No. 3:15-cv-0012 JWS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **JOINT STIPULATION FOR DISMISSAL** |
| UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

The parties, through counsel, stipulate to dismiss the above matter with prejudice, with each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 19th day of May, 2017, in Anchorage, Alaska.

        BRYAN SCHRODER
        Acting United States Attorney

        s/ Susan J. Lindquist
        Assistant U.S. Attorney
        Attorney for Defendant


        Law Offices of David Henderson

        s/ David N. Henderson (consent)
        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**
I hereby certify that on May 19, 2017,
a copy of the foregoing
was served via electronic service on:

David Henderson, Esq.


s/ Susan J. Lindquist

*Galen Swan v U.S.*         2
3:15-cv-0012 JWS